POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> E. Gerard Mannion, 77287 <br> MANNION & LOWE <br> 655 Montgomery Street Suite 1200 <br> San Francisco, CA 94111 <br> TELEPHONE NO.: (415) 733-1050 <br> ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY <br> FILED <br> 07 NOV -6 PM 3: 43 <br> RICHARD W. WIEKING <br> CLERK, U.S. DISTRICT COURT <br> NORTHERN DISTRICT OF CALIFORNIA |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Gus Shuwayhat, Selma Shuwayhat, Manwel Shuwayhat, <br> DEFENDANT/RESPONDENT: Fidelity National Property and Casualty Insurance | CASE NUMBER: <br> C075351 EDL |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Civil Cover Sheet, Notice of Assignment of Case to A United States Magistrate Judge for Trial, Consent to Proceed Before A United States Magistrate Judge, Declination to Proceed Before A Magistrate Judge and Request for Reassignment to A United States District Judge, Welcome to the U. S. District Court, San Francisco United States District Court Northern District Drop Box Procedures, U. S. District Court Northern California

3. a. Party served: Fidelity National Property and Casualty Insurance Co.       **BY FAX**

   b. Person Served: CT Corp - Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): October 31, 2007    (2) at (time): 3:15 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Fidelity National Property and Casualty Insurance Co.

   under:   CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:       Jimmy Lizama
   b. Address:    One Legal, Inc. - 132-Marin
                  504 Redwood Blvd #223
                  Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
          (i) Employee or Independent contractor.
          (ii) Registration No. 4553
          (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: November 2, 2007

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                        (SIGNATURE)

Form Adopted for Mandatory Use <br> Judicial Council of California POS-010 <br> [Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6650832