GARY R. GLEASON (SB# 136167)
MARGARET A. BURTON (SB# 193386)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518
Tel: 650-554-6200; Fax: 650-554-6240
*Local Counsel for Defendant,*
FIDELITY NATIONAL PROPERTY AND
CASUALTY INSURANCE COMPANY

GERALD J. NIELSEN (La. S.B. 17078)
MARY ELLEN WYATT (La. S.B. 30805)
NIELSEN LAW FIRM, L.L.C.
3838 N. Causeway Blvd. Suite 2850
Metairie, Louisiana 70002
Tel: 504- 837-2500; Fax: 504- 832-9165
*Of Counsel for Defendant,*
FIDELITY NATIONAL PROPERTY AND
CASUALTY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GUS SHUWAYHAT, SELMA SHUWAYHAT, MANWEL SHUWAYHAT,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. C-07-5351 EDL<br><br>**DEFENDANT FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES** |

Defendant Fidelity National Property and Casualty Insurance Company, a Write-Your-Own ("WYO") Program carrier participating in the National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968, as amended

(42 U.S.C. §4001, *et seq.*) (the "NFIA"), and appearing herein in its fiduciary[1] capacity as the "fiscal agent of the United States,"[2] and at the expense of the federal treasury,[3] and files this corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.17, by and through its undersigned counsel. These representations are made to enable the Court to evaluate possible disqualification or recusal.

ENTITY:   FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY

INTEREST:
1. Fidelity National Property and Casualty Insurance Company is a wholly owned subsidiary of Fidelity National Insurance Company;

2. Fidelity National Insurance Company is a wholly owned subsidiary of National Alliance Marketing Group, Inc.; and

3. National Alliance Marketing Group, Inc. is a wholly owned subsidiary of Fidelity National Financial. Fidelity National Financial is publically traded.

Fidelity is authorised by the Federal Emergency Management Agency ("FEMA"), pursuant to the Arrangement,[4] to issue the federal government's Standard Flood Insurance Policy, which is a codified federal regulation found at 44 C.F.R.Pt. 61, App. A(1). As part of the National Flood Insurance Program ("NFIP"), all flood claims are paid directly with U.S. Treasury funds. *See* 44 C.F.R. Pt. 62, App. A, Arts. II and III; *See also* 42 U.S.C. §4017. The NFIP is not a reinsurance program. The U.S. Fifth Circuit has held that claim payments are a direct charge on the U.S. Treasury. *See Gowland v. Aetna,* 143F.3d 951, 955 (5th Cir. 1998), quoting *In Re Estate of Lee,* 812 F.2d 253, 256 (5th Cir. 1987). FEMA therefore has an interest in the outcome of this litigation.

---

[1] 44 C.F.R. §62.23(f).

[2] 42 U.S.C. §4071 (a)(1) and *Gowland v. Aetna*, 143 F.3d 951, 953 (5th Cir. 1998).

[3] 42 U.S.C. §4017(d)(1); *Van Holt v. Liberty Mutual Fire Ins. Co.,* 163 F.3d 161 (3rd Cir. 1998).

[4] 44 C.F.R. Pt. 62, App.A.

ENTITY: U.S. TREASURY/ NATIONAL INSURANCE FUND (Administered by FEDERAL EMERGENCY MANAGEMENT AGENCY ("FEMA")

R. David Paulison
Administrator
FEMA Mitigation Division
Washington, DC

INTEREST: The federal government underwrites the National Flood Insurance Program policies. Claims and the cost of defending claims are paid out of the National Flood Insurance Fund of the U.S. Treasury or paid out of a line of credit issued by the U.S. Treasury.

This list included the parties that the undersigned counsel is familiar with and does not include information on parties counsel does not represent.

DATED: December 18, 2007                    Respectfully submitted,


_____/s/_____
GARY R. GLEASON (SB# 136167)
MARGARET A. BURTON (SB# 193386)
FARBSTEIN & BLACKMAN, APC
411 Borel Avenue, Suite 425
San Mateo, CA 94402-3518
Tel: 650-554-6200; Fax: 650-554-6240
*Local Counsel for Defendant,*
FIDELITY NATIONAL PROPERTY AND
CASUALTY INSURANCE COMPANY


GERALD J. NIELSEN (La. S.B. 17078)
MARY ELLEN WYATT (La. S.B. 30805)
NIELSEN LAW FIRM, L.L.C.
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
Tel: 504-837-2500; Fax: 504-832-9165
*Of Counsel for Defendant,*
FIDELITY NATIONAL PROPERTY AND
CASUALTY INSURANCE COMPANY

3
FIDELITY'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES