**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GUS SHUWAYHAT

    Plaintiff(s),                          No. 07-05351 EDL

    v.                                 CLERK'S NOTICE

FIDELITY NATIONAL PROPERTY AND
CASUALTY INSURANCE COMPANY

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference currently scheduled for January 29, 2008 has been continued to **January 30, 2008 at 3:00 p.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. A joint case management statement shall be filed no later than January 22, 2008.

Dated: January 16, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____*Lili M. Harrell*_____
Lili M. Harrell
Courtroom Deputy