1 | GARY R. GLEASON (SB# 136167)
  | MARGARET A. BURTON (SB# 193386)
2 | FARBSTEIN & BLACKMAN, APC
  | 411 Borel Avenue, Suite 425
3 | San Mateo, California 94402-3518
  | Tel: 650-554-6200; Fax: 650-554-6240
4 | *Local Counsel for Defendant,*
  | FIDELITY NATIONAL PROPERTY AND
5 | CASUALTY INSURANCE COMPANY

6

  | GERALD J. NIELSEN (La. S.B. 17078)
7 | MARY ELLEN WYATT (La. S.B. 30805)
  | NIELSEN LAW FIRM, L.L.C.
8 | 3838 N. Causeway Blvd. Suite 2850
  | Metairie, Louisiana 70002
9 | Tel: 504- 837-2500; Fax: 504- 832-9165
  | *Of Counsel for Defendant,*
10 | FIDELITY NATIONAL PROPERTY AND
   | CASUALTY INSURANCE COMPANY

11

12 UNITED STATES DISTRICT COURT

13 NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

14

| GUS SHUWAYHAT, SELMA SHUWAYHAT, MANWEL SHUWAYHAT, | ) CASE NO. C-07-5351 EDL |
|---|---|
| Plaintiffs, | ) **NOTICE OF NEED FOR ADR PHONE CONFERENCE** |
| vs. | ) |
| FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY, | ) |
| Defendant. | ) |

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process

    **XX**   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference is January 30, 2008.

---

1

NOTICE OF NEED FOR ADR PHONE CONFERENCE

1  The following counsel will participate in the ADR phone conference:

2

3  | Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| E. Gerard Mannion | Plaintiffs | (415) 733-1050 | gmannion@sbcglobal.net |
| Gary R. Gleason | Defendant | (650) 554-6200 | grg@farbstein.com |

6

7

8

9  *Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

11

12

13  Dated: January 17, 2008         ____/s/ by permission_____
                                    E. GERARD MANNION
14                                  Attorney for Plaintiffs

15

16  Dated: January 17, 2008         ____/s/_____
                                    GARY R. GLEASON
17                                  Attorney for Defendant

18
19
20
21
22
23
24
25
26
27
28

2
NOTICE OF NEED FOR ADR PHONE
CONFERENCE