**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**January 18, 2008**

CASE NUMBER:  CV 07-05351 EDL
CASE TITLE:  GUS SHUWAYHAT-v-FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable MARTIN J. JENKINS**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MJJ**  immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 1/18/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                   Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                                       Entered in Computer 1/18/08AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                Transferor CSA