# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

Date: April 21, 2008

Case No.   C 07–5351   MHP                Judge: MARILYN H. PATEL

Title: GUS SHUWAYHAT -v- FIDELITY NATIONAL PROPERTY & CASUALTY

Attorneys:  Plf: Wesley Lowe
            Dft: Gary Gleason

Deputy Clerk:  Anthony Bowser  Court Reporter: Juanita Gonzales

### PROCEEDINGS

1)   Case Management Conference

2)

3)

### ORDERED AFTER HEARING:

Counsel submit after further discussion; Briefing schedules as follows:

      Motions to be filed by 5/19/2008;
      Oppositions to be filed by 6/2/2008;
      Replies to be filed by 6/9/2008;
      Motions to be heard 2:00 pm on 6/30/2008;

Matter referred to ADR for Mediation, to be completed within 60-90 days, after 6/30/2008 hearing;