1  GARY R. GLEASON (SB# 136167)
   MARGARET A. BURTON (SB# 193386)
2  FARBSTEIN & BLACKMAN
   A Professional Corporation
3  411 Borel Avenue, Suite 425
   San Mateo, California  94402-3518
4  Tel: 650-554-6200; Fax: 650-554-6240
   Local Counsel for Defendant,
5  FIDELITY NATIONAL PROPERTY AND
   CASUALTY INSURANCE COMPANY
6

7  GERALD J. NIELSEN (La. S.B. 17078)
   MARY ELLEN WYATT (La. S.B. 30805)
8  NIELSEN LAW FIRM, L.L.C.
   3838 N. Causeway Blvd.  Suite 2850
9  Metairie, Louisiana 70002
   Tel: 504- 837-2500; Fax: 504- 832-9165
10 Of Counsel for Defendant,
   FIDELITY NATIONAL PROPERTY AND
11 CASUALTY INSURANCE COMPANY

12
                       UNITED STATES DISTRICT COURT
13
        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
14

15 GUS SHUWAYHAT, SELMA          )  CASE NO. C-07-05351 MHP
   SHUWAYHAT, MANWEL             )
16 SHUWAYHAT,                    )  AMENDED NOTICE OF MOTION  TO
                                 )  QUASH JURY DEMAND
17        Plaintiffs,            )
                                 )
18 vs.                           )  Date:       June 30, 2008
                                 )  Time:       2:00 p.m.
19 FIDELITY NATIONAL PROPERTY    )  Courtroom:  15
   AND CASUALTY INSURANCE        )
20 COMPANY,                      )
                                 )
21        Defendant.             )
                                 )
22 _____)

23

24       TO ALL PARTIES AND THEIR COUNSEL:

25       On June 30, 2008 at 2:00 p.m in Courtroom 15 of the United States District Court,

26 Northern District of California, located at 450 Golden Gate Ave.,San Francisco, CA 94102,

27 FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY,

28 ("Fidelity") will move this Court to quash the Plaintiffs' jury demand pursuant to F.R.Civ.P.

---

NOTICE OF MOTION & MEMO. IN SUPPORT
OF MOTION TO QUASH JURY DEMAND

Rule 39. Fidelity makes this motion as a Write-Your-Own ("WYO") Program carrier participating in the U.S. Government's National Flood Insurance Program ("NFIP"), and appearing herein in its "fiduciary"[1] capacity as the "fiscal agent of the United States."[2]

Fidelity moves to quash the jury demand as to all claims by Plaintiffs against Fidelity on the following grounds: (1) the Seventh Amendment right to a jury trial does not apply; (2) the funds at issue in this matter are U.S. Treasury funds and not the funds of Fidelity, and nowhere did Congress affirmatively and unambiguously grant the right to a jury trial; (3) the National Flood Insurance Act of 1968 ("NFIA"), as amended[3] (which must be strictly construed and enforced) as well as the controlling federal statutory[4] and regulatory laws do not allow for jury trials in matters involving the NFIP; and (4) Plaintiff has asserted a breach of contract claim against Fidelity, and extra-contractual claims for interest.

Since the SFIP is itself a Federal law, codified and found at 44 C.F.R. Part 61, Appendix A(1), (2004 edition), the question as to whether the SFIP was breached is a question of law, not fact, for the court to decide. There is nothing for a jury to address. As the Court is well aware, the Standard Flood Insurance Policy ("SFIP"), which is itself a codified federal regulation found at 44 C.F.R. Pt. 61, App. A(1) is to be interpreted only by the Court, as coverage under the SFIP or the determination of a breach of the terms of the SFIP is a matter of law, not fact, for the Court to decide. As such, the request for a jury should be denied.

---

[1] 44 C.F.R. §62.23(f).

[2] 42 U.S.C. §4071(a)(1); *Sanz v. U.S. Security Ins. Co.*, 328 F.3d 1314, 1316 (11th Cir. 2003). See also, *Gowland v. Aetna*, 143 F.3d 951, 953 (5th Cir. 1998).

[3] 42 U.S.C. §4001, *et seq.*

[4] 44 C.F.R. Pt. 59, et seq.

1  WHEREFORE, Defendant, Fidelity National Property and Casualty Insurance Company, prays that this Court will issue an Order quashing the Plaintiffs' jury demand for the reasons as set forth in the accompanying Memorandum in Support of this Motion.

DATED: May 19, 2008                    Respectfully submitted,


By _____/s/_____
     Gary R. Gleason
     Local Counsel for FIDELITY NATIONAL
     PROPERTY AND CASUALTY INSURANCE
     COMPANY