GARY R. GLEASON (SB# 136167)
MARGARET A. BURTON (SB# 193386)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518
Tel: 650-554-6200; Fax: 650-554-6240
Local Counsel for Defendant,
FIDELITY NATIONAL PROPERTY AND
CASUALTY INSURANCE COMPANY

GERALD J. NIELSEN (La. S.B. 17078)
MARY ELLEN WYATT (La. S.B. 30805)
NIELSEN LAW FIRM, L.L.C.
3838 N. Causeway Blvd. Suite 2850
Metairie, Louisiana 70002
Tel: 504- 837-2500; Fax: 504- 832-9165
Of Counsel for Defendant,
FIDELITY NATIONAL PROPERTY AND
CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GUS SHUWAYHAT, SELMA SHUWAYHAT, MANWEL SHUWAYHAT, <br><br> Plaintiffs, <br><br> vs. <br><br> FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Defendant. | CASE NO. C-07-05351 MHP <br><br> DECLARATION OF GARY R. GLEAOSN IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FRCP 12(b)(6)TO DISMISS STATE LAW BASED CLAIMS <br><br> Date:   June 30, 2008 <br> Time:   2:00 p.m. <br> Courtroom:  15 |

I, Gary R. Gleason, declare under penalty of perjury under the laws of California and the United States:

1. I am an attorney licensed to practice law in the State of California and an employee of Farbstein & Blackman, A Professional Corporation, attorneys of record for

1  defendant Fidelity National Property and Casualty Insurance Company. I make this
2  declaration based upon facts within my own personal knowledge, except as to those
3  matters stated upon information and belief, and as to those matters I believe them
4  to be true. If called upon to testify to the matters stated herein, I could testify
5  competently and truthfully.

7  2.  Attached hereto as <u>Exhibit 1</u> is a true and correct copy of 44 C.F.R. Pt. 62, App. A,
8      Art. III(c)).

10 3.  Attached hereto as <u>Exhibit 2</u>, is a true and correct copy of Wright v. Allstate, 2007
11     WL 2636725 (5th Cir. 2007)

13 4.  Attached hereto as <u>Exhibit 3</u>, is a true and correct copy of C.E.R. 1988, Inc. v.
14     Aetna 386 F.3d 263 (3rd. Cir. 2004)

16 5.  Attached hereto as <u>Exhibit 4</u>, is a true and correct copy of Pecarovich v. Allstate
17     Insurance Company, 272 F.Supp.2d 981 (C.D.Cal. 2003).

19 6.  Attached hereto as Exhibit 5, is a true and correct copy of Scherz v. South Carolina
20     Insurance Co., 112 F.Supp.2d 1000 (C.D.Cal. 2000).

22 7.  Attached hereto as <u>Exhibit 6</u>, is a true and correct copy of Novikov v. Allstate
23     Insurance Company 2001 WL 880852 (E.D. Cal.2001).

25 8.  Attached hereto as <u>Exhibit 7</u>, is a true and correct copy of Brown v. Omaha
26     Property and Casualty Insurance Company, Civil Action No. SA-03-0721 (W.D.
27     TX., 1/6/04) .

9. Attached hereto as <u>Exhibit 8</u>, is a true and correct copy of Hayes v. Allstate Insurance Company, Case No. CV-03-PT-3343-S (N.D. Alabama, 6/14/2004.

10. Attached hereto as <u>Exhibit 9</u>, is a list of NPIF cases finding preemption of state law based upon extra-contractual claims.

11. Attached hereto as <u>Exhibit 10</u>, is a true and correct copy of the Order in Axelrod v. Bankers Insurance Company.

12. Attached hereto as <u>Exhibit 11</u>, is a true and correct copy of the Order in Fonseca v. Bankers Insurance Company.

13. Attached hereto as <u>Exhibit 12</u>, is a true and correct copy of the Amicus Curiae Brief submitted by the United States in Van Holt v. Liberty Mutual Fire Insurance Company and Liberty Mutual Group.

14. Attached hereto as <u>Exhibit 13</u>, is a true and correct copy of Newton v. Capital Assurance Corp., 245 F.3d 1306 (11th Cir., 2001).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 19, 2008 at San Mateo, California.

*[signature]*

DECLARATION OF GARY R. GLEASON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS STATE LAW CLAIMS