E. Gerard Mannion (State Bar #77287)
E-mail:  gmannion@sbcglobal.net
Wesley M. Lowe (State Bar #111761)
E-mail:  wlowe@sbcglobal.net
Demián I. Oksenendler (State Bar #233416)
E-mail:  doksenendler@sbcglobal.net
MANNION & LOWE
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 733-1050
Facsimile:  (415) 434-4810

Attorneys for Plaintiffs
GUS SHUWAYHAT, MANWEL SHUWAYHAT,
SELMA SHUWAYHAT, and SAMIRA SHUWAYHAT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GUS SHUWAYHAT, SELMA SHUWAYHAT, MANWEL SHUWAYHAT and SAMIRA SHUWAYHAT,<br><br>           Plaintiffs,<br><br>vs.<br><br>FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>           Defendant. | Case No: C-07-05351 MHP<br><br>**PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO QUASH JURY DEMAND**<br><br>Date:        June 30, 2008<br>Time:        2:00 p.m.<br>Courtroom:  15 |

Plaintiffs GUS SHUWAYHAT, SELMA SHUWAYHAT, MANWEL SHUWAYHAT and SAMIRA SHUWAYHAT do not oppose defendant's Motion to Quash Jury Demand.

Dated: June 2, 2008              MANNION & LOWE
                                 A Professional Corporation


                                 By:_____/s/_____
                                      Wesley M. Lowe
                                      Attorneys for Plaintiffs
                                      GUS SHUWAYHAT, SELMA SHUWAYHAT,
                                      MANWEL SHUWAYHAT and SAMIRA
                                      SHUWAYHAT

1