E. Gerard Mannion (State Bar #77287)
E-mail: gmannion@sbcglobal.net
Wesley M. Lowe (State Bar #111761)
E-mail: wlowe@sbcglobal.net
Demián I. Oksenendler (State Bar #233416)
E-mail: doksenendler@sbcglobal.net
MANNION & LOWE
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 733-1050
Facsimile: (415) 434-4810

Attorneys for Plaintiffs
GUS SHUWAYHAT, MANWEL SHUWAYHAT,
SELMA SHUWAYHAT, and SAMIRA SHUWAYHAT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GUS SHUWAYHAT, SELMA SHUWAYHAT, MANWEL SHUWAYHAT and SAMIRA SHUWAYHAT, <br><br> Plaintiffs, <br><br> vs. <br><br> FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Defendant. | Case No: C-07-05351 MHP <br><br> **PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR JUDGEMENT ON THE PLEADINGS PURSUANT TO FRCP 12(b)(6) TO DISMISS STATE LAW BASED CLAIMS** <br><br> Date:  June 30, 2008 <br> Time:  2:00 p.m. <br> Courtroom:  15 |

Plaintiffs GUS SHUWAYHAT, SELMA SHUWAYHAT, MANWEL SHUWAYHAT and SAMIRA SHUWAYHAT do not oppose defendant's Motion for Judgment on the Pleadings Pursuant to FRCP 12(b)(6) to Dismiss State Law Based Claims.

Dated: June 2, 2008         MANNION & LOWE
                            A Professional Corporation

                            By:_____/s/_____
                               Wesley M. Lowe
                               Attorneys for Plaintiffs
                               GUS SHUWAYHAT, SELMA SHUWAYHAT,
                               MANWEL SHUWAYHAT and SAMIRA
                               SHUWAYHAT

1