UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUS SHUWAYHAT, et al., | No. C 07-05351 MHP |
| Plaintiffs, | |
| v. | **MEMORANDUM & ORDER** |
| FIDELITY NATIONAL PROPERTY & CASUALTY INSURANCE COMPANY, | **Re: Defendant's Motion to Quash Jury Demand; Defendant's Motion for Partial Judgment on the Pleadings** |
| Defendant. | |

On October 19, 2007 plaintiffs Gus, Selma, Manwel and Samira Shuwayhat filed this action against defendant alleging a breach of contract and the breach of the covenant of good faith and fair dealing. On May 19, 2008 defendant moved this court to quash plaintiffs' jury demand and for judgment on the pleadings with respect to plaintiffs' state-law based claims under Federal Rule of Civil Procedure 12(b)(6). See Docket Nos. 18, 19. On June 2, 2008 plaintiffs filed a statement of non-opposition to both motions. See Docket Nos. 21, 22.

Based on plaintiffs' statement of non-opposition, the court hereby GRANTS defendant's motion to quash the jury demand and GRANTS defendant's motion to dismiss plaintiffs' state-law based allegations. Thus, only plaintiffs' breach of contract claim and the related declaratory relief claim remain in the action.

IT IS SO ORDERED.

Dated: June 20, 2008

MARILYN HALL PATEL
United States District Court Judge
Northern District of California