| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Type name, address, phone number of applicant here
William R. DeJean, Esq.
NIELSEN LAW FIRM, L.L.C.
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
Telephone: 504-837-2500

**FILED**
08 JUL 16 PM 3: 50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

GUS SHUWAYHAT, SELMA SHUWAYHAT, MANWEL SHUWAYHAT

    Plaintiff(s),

v.

FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY

    Defendant(s).

CASE NO. C 07-5351 MHP

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, I, William R. DeJean, an active member in good standing of the bar of the State of Louisiana and the USDC, E.D. La., hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Fidelity National P&C Ins. Co. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Gary R. Gleason (SB # 136167); FARBSTEIN & BLACKMAN; 411 Borel Ave., Suite 425, San Mateo, CA 94402. (650) 554-6200.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 2, 2008                                                           /s/ William R. DeJean

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**WILLIAM ROSS DEJEAN, ESQ., #22762**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 11th Day of April, 1994 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 18th Day of April, 2008, A.D.

Clerk of Court
Supreme Court of Louisiana

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern **DISTRICT OF** Louisiana

**CERTIFICATE OF GOOD STANDING**

I, _____Loretta G. Whyte_____ , *Clerk of this Court,*

certify that ___WILLIAM ROSS DeJEAN___ , *Bar #* ___22762___ ,

was duly admitted to practice in this Court on

___3/22/1999___ , *and is in good standing*
DATE

as a member of the Bar of this Court.

*Dated at* ___New Orleans, Louisiana___ *on* ___01/29/2008___ .
LOCATION                              DATE

Loretta G. Whyte
CLERK

DEPUTY CLERK

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021360
Cashier ID: bucklem
Transaction Date: 07/16/2008
Payer Name: NIELSEN LAW FIRM LLC
----------------------------------------
ATTORNEY ADMISSIONS - GENERAL
 For: william r dejean
 Amount:         $150.00
ATTORNEY ADMISSIONS - LOCAL
 For: william r dejean
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $60.00
----------------------------------------
CHECK
 Check/Money Order Num: 3008
 Amt Tendered: $210.00
----------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

c07-5351mhp


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```