UNITED STATES DISTRICT COURT

Northern District of California

GUS SHUWAYHAT, SELMA SHUWAYHAT, MANWEL SHUWAYHAT,

                Plaintiff(s),

v.

FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY,

                Defendant(s).

CASE NO. C-07-05351 MHP

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

William R. DeJean, an active member in good standing of the bar of the State of Louisiana and USDC, E.D. La. whose business address and telephone number (particular court to which applicant is admitted) is

NIELSEN LAW FIRM, LLC; 3838 N. Causeway Blvd., Suite 2850, Metairie, LA 70002. (504) 837-2500. Fax: (504) 832-9165.

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Fidelity National P&C Ins. Co.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                              United States Magistrate Judge