1  GARY R. GLEASON (SB# 136167)
   MARGARET A. BURTON (SB# 193386)
2  FARBSTEIN & BLACKMAN
   A Professional Corporation
3  411 Borel Avenue, Suite 425
   San Mateo, California  94402-3518
4  Tel: 650-554-6200; Fax: 650-554-6240
   *Local Counsel for Defendant,*
5  FIDELITY NATIONAL PROPERTY AND
   CASUALTY INSURANCE COMPANY
6

7  GERALD J. NIELSEN (La. S.B. 17078)
   WILLIAM R. DEJEAN (La. S.B. 22762)
8  NIELSEN LAW FIRM, L.L.C.
   3838 N. Causeway Blvd.  Suite 2850
9  Metairie, Louisiana 70002
   Tel: 504- 837-2500; Fax: 504- 832-9165
10 *Of Counsel for Defendant,*
   FIDELITY NATIONAL PROPERTY AND
11 CASUALTY INSURANCE COMPANY

FILED
08 JUL 16 PM 3:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12

13                UNITED STATES DISTRICT COURT

14     NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

15
   GUS SHUWAYHAT, SELMA            )    CASE NO. C-07-05351 MHP
16 SHUWAYHAT, MANWEL               )
   SHUWAYHAT,                      )    **PROOF OF SERVICE**
17                                 )
              Plaintiffs,          )
18                                 )
   vs.                             )
19                                 )
   FIDELITY NATIONAL PROPERTY      )
20 AND CASUALTY INSURANCE          )
   COMPANY,                        )
21                                 )
              Defendant.           )
22 _____  )

23

24

25

26

27

28

1
PROOF OF SERVICE

# PROOF OF SERVICE

**Gus Shuwayhat, et al. v. Fidelity National Property and Casualty Insurance Company**
United States District Court, Northern District of California
San Francisco Division Case No. C-07-05351 MJJ

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 411 Borel Avenue, Suite 425, San Mateo, California 94402-3518. On July 15, 2008, I served the following document(s):

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*;**

**(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*; and**

**CERTIFICATES OF GOOD STANDING FROM THE SUPREME COURT OF THE STATE OF LOUISIANA and UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA.**

on the following person(s) by the method(s) indicated below:

E. Gerard Mannion, Esq.
MANNION & LOWE
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: 415-733-1050
Facsimile: 415-434-4810
*Attorneys for Plaintiffs Gus Shuwayhat, Selma Shuwayhat, Manwel Shuwayhat and Samira Shuwayhat*

[ ]  by transmitting via facsimile on this date from fax number (650) 554-6240 the document(s) listed above to the fax number(s) set forth herein. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report is attached to this proof of service. Service by fax was made by agreement of the parties confirmed in writing.

[X]  by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, for deposit in the United States mail at San Mateo, California addressed as set forth herein. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid in the ordinary course of business.

[ ]  by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth herein. A copy of the consignment slip is attached to this proof of service.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct. Executed at San Mateo, California, on July 15, 2008.

_____
Esther H. Chetcuti

PROOF OF SERVICE