E. Gerard Mannion (State Bar #77287)
E-mail:  gmannion@sbcglobal.net
Wesley M. Lowe (State Bar #111761)
E-mail:  wlowe@sbcglobal.net
Demián I. Oksenendler (State Bar #233416)
E-mail:  doksenendler@sbcglobal.net
MANNION & LOWE
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 733-1050
Facsimile:  (415) 434-4810

Attorneys for Plaintiffs
GUS SHUWAYHAT, MANWEL SHUWAYHAT,
SELMA SHUWAYHAT, and SAMIRA SHUWAYHAT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GUS SHUWAYHAT, SELMA SHUWAYHAT, MANWEL SHUWAYHAT and SAMIRA SHUWAYHAT,<br><br>Plaintiffs,<br><br>vs.<br><br>FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Case No: C-07-05351 MHP<br><br>ORDER EXTENDING MEDIATION DEADLINE<br>[PROPOSED] |

///

///

///

///

///

///

///

1

Having read and considered the parties' Stipulation to Extend Mediation Deadline, the Court orders as follows:

The mediation deadline is hereby extended from September 30, 2008 to December 31, 2008.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/17/2008

By: _____
Judge Marilyn H. Patel



G:\Main Group\Clients\Shuwayhat v. Fidelity National\Pleadings\Stip.Extend Mediation Deadline Propo