# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

GUS SHUWAYHAT, SELMA SHUWAYHAT, MANWEL SHUWAYHAT,

Plaintiffs,

versus

FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY,

Defendant.

Case No. C 07 5351

**ORDER FOR RELIEF TO ALLOW DEFENDANT'S REPRESENTATIVE TO PARTICIPATE IN MEDIATION VIA TELEPHONE**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

Considering the request pursuant to ADR L.R. 6-9(d) to allow Defendant's, Fidelity National Property and Casualty Insurance Company's representative, Deborah Price, to attend the mediation scheduled in the captioned matter via telephone,

IT IS ORDERED that Defendant's, Fidelity National Property and Casualty Insurance Company's representative, Deborah Price, may attend the court-ordered mediation in the captioned matter via telephone.

Oakland, California, this __21st__ day of October, 2008.

HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE