**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C 07-5351 MHP

GUS SHUWAYHAT, et al.,

      Plaintiff(s),

  vs.

FIDELITY NATIONAL PROPERTY & CASUALTY
INSURANCE COMPANY,

      Defendant(s).

_____/

**ORDER DISMISSING
ACTION**

     This action was filed on October 19, 2007. Subsequently some motion practice occurred including the grant of a motion for judgment on the pleadings as to certain claims; other claims remained. The parties participated in mediation. Finally, on September 15, 2010, defendant filed a joint case management conference statement. Thereafter, nothing has occurred. No papers have been filed and no action taken to further this matter. Therefore,

     IT IS HEREBY ORDERED that this action is DISMISSED for lack of prosecution. The Clerk of Court shall close the file.

Date: May 17, 2011

MARILYN HALL PATEL
United States District Court Judge
Northern District of California